# DECLARATION OF CHINATOWN SERVICE CENTER

I, Kerry Situ, on behalf of Chinatown Service Center, hereby declare the following:

1. I am Kerry Situ, and I serve as the Director of Programs at Chinatown Service Center (CSC).

2. CSC is the largest community organization serving Chinese Americans in Southern California. It has served the Chinese American community for 50 years and its mission is to provide outstanding services and advocacy that promote health, dignity, and wellbeing for underserved communities and limited English proficient (LEP) immigrants. It was incorporated in 1975 as a 501(c)(3) tax-exempt non-profit organization.

3. CSC is headquartered in the historic Chinatown neighborhood of the City of Los Angeles and operates satellite locations in Alhambra, San Gabriel, and Monterey Park. Client services are offered in their primary language, including Mandarin, Cantonese, Toisanese, Chiuchow, Vietnamese, Khmer, Cambodian, Spanish and English.

4. On an annual basis, CSC serves over 22,000 unduplicated clients through all of its programs. In 2019, 38% of our clients were 60 years or older, the vast majority of whom were LEP and Medicare eligible.

5. Language access in healthcare is an important value to CSC. We operate a federally qualified health center that provides medical care, dental services, and behavioral health counseling for patients in a language that they can understand.

6. In addition to the health care center services and a comprehensive set of programs to support youth, economic development, and affordable housing, CSC offers social services and case management services for older adults in Los Angeles County and surrounding areas. One of CSC's social services is helping clients read letters. The "read-letter" service assists LEP clients by interpreting their letters and other important documents. These letters include communications from health care providers, insurers, government agencies, and others.

Declaration of Chinatown Service Center

7. I have worked at CSC for sixteen years and have served for over a year in my current role as Director of Programs. My daily responsibilities include maintaining contracts, developing organizational capacity, and supervising the social service department case management staff and overseeing all their activities. In my role, I work closely with all of CSC's nine case managers on the delivery of social services to all our clients.

8. CSC's case managers routinely assist LEP clients with navigating letters, notices, and other documents from government agencies, healthcare companies and providers, and other entities. They also regularly help clients understand their public benefits, including healthcare, and their language access rights under state and federal laws.

9. Prior to August 18, 2020, our clients benefited from the requirement that healthcare providers included taglines in Chinese and notices of rights, including the right to free language assistance services, in their important documents. Our LEP clients relied less on our case managers to assist them in interpreting their mail and other important materials and instead were empowered to follow the tagline and call for free interpretation services.

10. Besides individual harm to our older adult clients, after August 18, 2020, we have experienced an unprecedented demand for case management services. In addition to services related to the ongoing COVID-19 public health emergency, one of the primary reasons driving the demand is that translated taglines and notices of rights are no longer provided on important documents from healthcare providers and insurance companies.

11. Between August and December of 2020, our social services encounters, *i.e.* interactions to help clients, averaged about 5,238 encounters per month compared to an average of 2,290 for the same period in 2019.

12. Between August and December of 2020, the average number of "read letter" services that CSC provided was 1,962 per month compared to only 1,337 for the same period in 2019.

13. The impact of this increased demand for language assistance services has significantly strained CSC's resources and operations and impaired our ability to carry out our work serving LEP and underserved clients. We have witnessed long lines outside of our offices with many LEP older adults waiting for assistance from our case management team with their mail and other documents. Because of the increased demand and the finite capacity of our social services case managers, we have been forced to prioritize certain types of cases over others. For example, typically, our assistance with applications and determinations for the Housing Choice Voucher Program Section 8 are fairly time intensive and require about 1 to 1.5 hours of a case manager's time. In 2020, we took on about fifty fewer Section 8 cases due to the increase in other requests compared to 2019.

14. As a result of prioritizing certain types of cases over others and other demands, we have failed to meet certain grant deliverables for funding that supports our Medi-Cal Enrollment and N-400 Application for Naturalization work.

15. In addition to taking fewer Section 8 cases, we have on several occasions paid our case managers overtime to handle the increase in demand. We also have had to bring on more volunteers, eleven in 2020 compared to only four in 2019. Other staffing changes to respond to the demand include pulling from other teams and departments to assist with front desk and other responsibilities.

16. Beginning in January 2021, with the rollout of the COVID-19 vaccination to individuals 65 years old and older in Los Angeles County, our social services case managers have been flooded with requests for help from LEP older adult clients trying to schedule vaccine appointments. So far, we have assisted over 700 older adults register for vaccine appointments. One of the main reasons they need assistance is because the vaccination appointment webpage and telephone hotline are only available in English and Spanish appointments, and the webpage's translation

Declaration of Chinatown Service Center

feature is inadequate because they list the languages in English only. This has left our LEP clients unable to register for an appointment without the assistance of our case managers.

I declare under the penalty of perjury under the laws of the State of California that the forgoing is true.

Date: Feb. 4, 2021

_____
Kerry Situ