# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CHINATOWN SERVICE CENTER, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, NORRIS COCHRAN, *in his official capacity as Acting Secretary of Health and Human Services*,<br><br>Defendants. | Case No.: 1:21-cv-00331 |

## CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel for Saint Barnabas Senior Services, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Saint Barnabas Senior Services which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that the judges of this Court may determine the need for recusal.

DATED:  February 5, 2021

Respectfully submitted,

*/s/ Regan Bailey*
REGAN BAILEY
(D.C. Bar No. 465677)
JUSTICE IN AGING
1444 Eye St. NW Suite 1100
Washington, DC 20005
Phone: (202) 289-6976
rbailey@justiceinaging.org

Attorney of record for
Saint Barnabas Senior Services

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system that will automatically send email notification of such filing to all counsel of record, and that a copy will be mailed, postage-prepaid to:

U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Ave. SW
Washington, D.C. 20201

Norris Cochran
Acting Secretary of Health and Human Services
U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Ave. SW
Washington, D.C. 20201

Acting U.S. Attorney General Monty Wilkinson
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

U.S. Attorney for the District of Columbia
Judiciary Center Building
555 Fourth St. NW
Washington, DC 20530

*/s/Regan Bailey*
REGAN BAILEY
JUSTICE IN AGING