# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

CHINATOWN SERVICE CENTER, *et al*.

     Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, NORRIS COCHRAN, *in his official capacity as Acting Secretary of Health and Human Services*,

     Defendants.

Case No.: 1:21-cv-00331

## FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Chinatown Service Center, by and through counsel of record, hereby states as follows:

Chinatown Service Center is a non-profit corporation that does not have a parent corporation. No publicly held corporation owns 10% or more of its stock.

DATED:  February 5, 2021

Respectfully submitted,

*/s/ Regan Bailey*
REGAN BAILEY
(D.C. Bar No. 465677)
JUSTICE IN AGING
1444 Eye St. NW Suite 1100
Washington, DC 20005
Phone: (202) 289-6976
rbailey@justiceinaging.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system that will automatically send email notification of such filing to all counsel of record, and that a copy will be mailed, postage-prepaid to:

U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Ave. SW
Washington, D.C. 20201

Norris Cochran
Acting Secretary of Health and Human Services
U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Ave. SW
Washington, D.C. 20201

Acting U.S. Attorney General Monty Wilkinson
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

U.S. Attorney for the District of Columbia
Judiciary Center Building
555 Fourth St. NW
Washington, DC 20530

*/s/Regan Bailey*
REGAN BAILEY
JUSTICE IN AGING