# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CHINATOWN SERVICE CENTER, *et al.*<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, NORRIS COCHRAN, *in his official capacity as Acting Secretary of Health and Human Services*,<br><br>      Defendants. | Case No.: 1:21-cv-00331 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY ANTHONY JARBOE**

Pursuant to Local Civil Rule 83.2(d), Harvey L. Reiter, a member of the bar of this Court and counsel for Plaintiffs, hereby moves for the admission *pro hac vice* of Anthony Jarboe in the above-captioned case. In support of this motion, the undersigned states as follows:

1. Anthony Jarboe is an attorney with Stinson LLP's St. Louis, Missouri office located at 7700 Forsyth Blvd., Suite 1100, St. Louis, MO 63105.

2. As set forth in the attached declaration, Anthony Jarboe is an active member in good standing of the state bar of Missouri and Illinois, as well the bars of the U.S. District Courts for the Eastern District of Missouri, the Southern District of Illinois, and the 8th Circuit Court of Appeals. He is also a member of the state bar of Virginia, although currently inactive.

3. Anthony Jarboe does not seek to be admitted generally, but for purposes of this case only.

Movant respectfully requests that this Court enter an order permitting Anthony Jarboe to appear *pro hac vice* in the above-captioned case.

DATED:  February 5, 2021   Respectfully submitted,

*/s/ Harvey L. Reiter*
HARVEY L. REITER
(SBN DC 232942)
STINSON LLP
1775 Pennsylvania Ave., NW Suite 800
Washington, DC 20005
harvey.reiter@stinson.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system that will automatically send email notification of such filing to all counsel of record, and that a copy will be mailed, postage-prepaid to:

U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Ave. SW
Washington, D.C. 20201

Norris Cochran
Acting Secretary of Health and Human Services
U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Ave. SW
Washington, D.C. 20201

Acting U.S. Attorney General Monty Wilkinson
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

U.S. Attorney for the District of Columbia
Judiciary Center Building
555 Fourth St. NW
Washington, DC 20530

                                                                               /s/Harvey L. Reiter
                                                                               HARVEY L. REITER