UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHINATOWN SERVICE CENTER, *et al*.<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, NORRIS COCHRAN, *in his official capacity as Acting Secretary of Health and Human Services*,<br><br>      Defendants. | Case No.: 1:21-cv-00331 |

DECLARATION OF ANTHONY JARBOE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*

I, Anthony Jarboe, hereby declare as follows:

1. My full name is Anthony Joseph Jarboe.

2. My office address and telephone number are:

   Stinson LLP
   7700 Forsyth Blvd., Ste. 1100
   St. Louis, MO 63105
   (314) 259-4538

3. I have been admitted to the bars of Missouri, Illinois and Virginia (inactive), as well the bars of the U.S. District Courts for the Eastern District of Missouri, the Southern District of Illinois, and the 8th Circuit Court of Appeals.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court within the last two years.

6. I do not currently practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: February 5, 2021       Respectfully submitted,

/s/ *Anthony Jarboe*
ANTHONY JARBOE
STINSON LLP
P.O. Box 350
7700 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
Phone: (314) 259-4538
Email: tony.jarboe@stinson.com
*Licensed in Missouri (Bar # 68746)*

2