## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CHINATOWN SERVICE CENTER, *et al*.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, NORRIS COCHRAN, *in his official capacity as Acting Secretary of Health and Human Services*,<br><br>　　　　Defendants. | Case No.: _1:21-cv-00331 |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Anthony Jarboe, it is hereby ORDERED that the Motion is GRANTED. Anthony Jarboe is admitted *pro hac vice* and may appear on behalf of Plaintiffs in the above-captioned case.

Dated:_____       _____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge