AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |
|---|---|
| Chinatown Service Center, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| U.S. Department of Health and Human Services, et al. | ) |
| *Defendant* | ) |

Case No.   21-cv-00331-JEB

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs                                                                                   .

Date:    02/12/2021

/s/ Denny Chan
*Attorney's signature*

Denny Chan, 290016
*Printed name and bar number*

Justice in Aging
3660 Wilshire Blvd., Ste 718
Los Angeles, CA 90010
*Address*

dchan@justiceinaging.org
*E-mail address*

(213) 375-3559
*Telephone number*

(213) 550-0501
*FAX number*