AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Chinatown Service Center, et al.,
*Plaintiff*
v.
U.S. Department of Health and Human Services, et al.,
*Defendant*

Case No. 1:21-cv-00331 (JEB)

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs

Date: 02/22/2021

*Attorney's signature*

Wey-Wey Kwok (NY Bar #4004974)
*Printed name and bar number*

Center for Medicare Advocacy
P.O. Box 350
Willimantic, CT 06226
*Address*

wkwok@medicareadvocacy.org
*E-mail address*

(860) 456-7790
*Telephone number*

(860) 456-2614
*FAX number*