**USPS TRACKING #**

9590 9402 6118 0209 8281 75

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box•

D. CHAN
918 W College St. #213
Los Angeles, CA 90012-5941

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Acting Secretary Norris Cochran
US Dept of Health & Human Services
Hubert H Humphrey Building
200 Independence Ave SW
Washington DC 20201

9590 9402 6118 0209 8281 75

2. Article Number (Transfer from service label)

7020 1810 0002 2812 8967

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☒ Addressee
FEB 2 5

B. Received by (Printed Name)   C. Date of Delivery
K. KIRBY

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   sured Mail Restricted Delivery
   ver $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com.

Washington DC 20201

| Certified Mail Fee | $3.60 | 0005 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00     Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $9.90
                                    02/11/2021
Total Postage and Fees
          $13.35

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015         See Reverse for Instructions

7020 1810 0002 2812 8967