UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHINATOWN SERVICE CENTER, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, *in his official capacity as Secretary of Health and Human Services*,<br><br>Defendants. | Case No.: 1:21-cv-00331 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021 a copy of the foregoing Summonses with Executed Proofs of Service and mail receipts were filed electronically using the CM/ECF system and, because there has not yet been a notice of appearance by the Defendants, they will also be mailed via first class mail to the following addresses:

U.S. Department of Health and Human Services
200 Independence Ave., S.W.
Washington, D.C. 20201

Xavier Becerra, Secretary of Health and Human Services
United States Department of Health and Human Services
200 Independence Ave., S.W.
Washington, D.C. 20201

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

U.S. Attorney for the District of Columbia
Judiciary Center Building
555 Fourth St. N.W.
Washington, D.C. 20005

DATED: __4/16/2021____          Respectfully submitted,


                                <u>/s/ *Denny Chan*</u>
                                DENNY CHAN
                                *Pro hac vice*
                                Justice in Aging
                                3660 Wilshire Blvd. Ste. 718
                                Los Angeles, CA 90010
                                Email: dchan@justiceinaging.org