## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

CHINATOWN SERVICE CENTER, *et al.*, )
                            )
     Plaintiffs,          )
                            )
     v.                )     Case No. 1:21-cv-00331-JEB
                            )
U.S. DEPARTMENT OF HEALTH  )
AND HUMAN SERVICES, *et al.*,  )
                            )
     Defendants.       )
_____)

## DECLARATION OF ROBINSUE FROHBOESE

    I, Robinsue Frohboese, declare that the following statements are true and correct to the best of my knowledge and belief and are based on my personal knowledge, information contained in the records of the United States Department of Health and Human Services ("HHS" or "the Department"), and information supplied to me by current HHS employees.

    1.     I am the Acting Director and Principal Deputy Director in the Office for Civil Rights ("OCR") at HHS. I joined OCR in November 2000 as the Principal Deputy Director and have held a number of senior career leadership positions at OCR over the years, including serving as the Acting Director during the last four Administration transitions.

    2.     As Acting Director, I am responsible for leading and overseeing all aspects of HHS OCR's programmatic and operational functions, including policy and enforcement for the federal laws we enforce.

3.    Within HHS, OCR has primary responsibility for the rulemaking process related to Section 1557 of the Patient Protection and Affordable Care Act ("Section 1557"). Within OCR, I am responsible for leading OCR's administrative policy and enforcement under Section 1557.

4.    On May 18, 2016, under the President Obama Administration, HHS promulgated a final rule (81 Fed. Reg. 31,375 (May 18, 2016)) implementing Section 1557 ("2016 Rule").

5.    On June 19, 2020, under the President Trump Administration, HHS promulgated a final rule (85 Fed. Reg. 37,160 (June 19, 2020)), which comprehensively revised the 2016 Rule ("2020 Rule").

6.    The 2020 Rule made changes to the 2016 Rule, including those governing requirements to notify individuals about their Section 1557 nondiscrimination rights, tagline requirements to inform limited English proficient ("LEP") individuals about the availability of language assistance services, and requirements that address meaningful access to health programs or activities covered by Section 1557 by LEP individuals.

7.    OCR has initiated a new rulemaking revising HHS's regulation implementing Section 1557, which is reflected in the 2021 Spring Unified Agenda of Federal Regulatory and Deregulatory Actions, and anticipated Notice of Proposed Rulemaking ("NPRM") to be issued no later than April 2022.

8.    The agency's reconsideration of the 2020 Rule is consistent with and informed by Executive Order 13985 ("EO 13985") on Advancing Racial Equity and Support for Underserved Communities Through the Federal Government. EO 13985 pronounces the Administration's policy "that the Federal Government should pursue a comprehensive approach to advancing equity for all, including people of color and others who have been historically underserved,

marginalized, and adversely affected by persistent poverty and inequality." EO 13985 directed

all federal agencies to "assess whether, and to what extent, its programs and policies perpetuate

systemic barriers to opportunities and benefits for people of color and other underserved groups.

Such assessments will better equip agencies to develop policies and programs that deliver

resources and benefits equitably to all." This assessment entails policies, regulations, or

guidance documents to advance equity in agency actions and programs.

9.     OCR takes the allegations made by litigants challenging the 2020 Rule seriously,

as it does with any allegation that the civil rights laws it is entrusted to enforce are being

violated.

10.     It is OCR's longstanding position that LEP individuals be afforded meaningful

access to programs and activities that receive federal financial assistance from the Department

under Title VI of the Civil Rights Act. OCR was the first federal agency to issue comprehensive

LEP guidance, dating back to August 30, 2000. OCR's enforcement and policy actions over the

years since then have continued to demonstrate OCR's commitment to the importance of LEP

issues. Similarly, it has been OCR's position that Section 1557 is an important vehicle for

addressing the rights of LEP individuals regarding covered health programs and activities and,

accordingly, OCR will continue its robust enforcement of its civil rights authorities under the

law. OCR is committed to the Administration's policy "that the Federal Government should

pursue a comprehensive approach to advancing equity for all, including people of color and

others who have been historically underserved, marginalized, and adversely affected by

persistent poverty and inequality." OCR's reconsideration of the 2020 Rule is based on the

substantial and legitimate need to ensure the 2020 Rule's provisions adequately advance the

Administration's policy as articulated in EO 13985.

11.     This litigation, as well as other litigation challenging the 2020 Rule, have diverted HHS's resources that otherwise would have been focused on rulemaking.

I declare under penalty of perjury that the foregoing is true and correct, based on my personal knowledge and information provided to me by employees at HHS.

*Robinsue Frohboese*

Robinsue Frohboese, J.D., Ph.D.
Acting Director and Principal Deputy
Office for Civil Rights
U.S. Department of Health and Human Services

Dated: August 18, 2021