# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHINATOWN SERVICE CENTER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Case No. 1:21-cv-00331-JEB |
| ) | |
| U.S. DEPARTMENT OF HEALTH ) | |
| AND HUMAN SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## UPDATE ON STATUS OF PROPOSED RULEMAKING

Pursuant to this Court's Memorandum Opinion and Order, ECF No. 23, Defendants submit this update on their proposed rulemaking. Defendants report that the United States Department of Health and Human Services ("HHS") Office for Civil Rights has continued its diligent efforts and made further progress in its proceedings reconsidering the challenged rule and promulgating a new Section 1557 Rule. HHS continues to anticipate issuing a Notice of Proposed Rulemaking no later than April 2022.

Dated: November 30, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

                                        Washington, D.C. 20530
                                        Tel.: (202) 514-4964
                                        Fax: (202) 616-8470
                                        Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendants*