# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHINATOWN SERVICE CENTER, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HEALTH ) <br> AND HUMAN SERVICES, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:21-cv-00331-JEB |

## UPDATE ON STATUS OF PROPOSED RULEMAKING

Pursuant to this Court's Memorandum Opinion and Order, ECF No. 23, Defendants submit this update on their proposed rulemaking. As previously reported, the United States Department of Health and Human Services ("HHS") has submitted a draft of a proposed rule implementing Section 1557 of the Affordable Care Act to the Office of Management and Budget Office of Information and Regulatory Affairs ("OIRA"). OIRA received the draft proposed rule on March 22, 2022. The status of the proposed rule is available at the following website: https://www.reginfo.gov/public/do/eoDetails?rrid=234566.

Dated: May 31, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 514-4964
Fax: (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendants*

2