IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHINATOWN SERVICE CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-00331-JEB |

## UPDATE ON STATUS OF PROPOSED RULEMAKING

Pursuant to this Court's Memorandum Opinion and Order, ECF No. 23, Defendants submit this update on their proposed rulemaking. The United States Department of Health and Human Services ("HHS") Office for Civil Rights published a proposed rule implementing Section 1557 of the Affordable Care Act in the Federal Register on August 4, 2022. Nondiscrimination in Health Programs and Activities, 87 Fed. Reg. 47,824 (Aug. 4, 2022). HHS has submitted a draft of the final rule to the Office of Management and Budget Office of Information and Regulatory Affairs ("OIRA"). OIRA received the draft final rule on December 21, 2023. The status of the draft final rule is available at this website: https://www.reginfo.gov/public/do/eoDetails?rrid=354213.

Dated: January 31, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

Respectfully submitted,

/s/ *Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendants*