AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-1630-JEB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Health and Human Services
was received by me on *(date)* 06/24/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* U.S. Mail - Postage Pre-Paid, Certified Mail, Return Receipt Requested
Certified Mail No. 70192970000131377003
Delivered on June 25, 2020 (see attached USPS Confirmation)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/24/2020

/s/ Johanna Dennehy
*Server's signature*

Johanna Dennehy
*Printed name and title*

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:



ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70192970000131377003

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:31 am on June 25, 2020 in ZIP Code 20281.

## ✓ Delivered

June 25, 2020 at 11:31 am
Delivered, Front Desk/Reception/Mail Room
20281

Get Updates ∨

Feedback

---

Text & Email Updates ∨

---

Tracking History ∧

June 25, 2020, 11:31 am
Delivered, Front Desk/Reception/Mail Room
20281
Your item was delivered to the front desk, reception area, or mail room at 11:31 am on June 25, 2020 in ZIP Code 20281.

---

June 25, 2020, 9:09 am
Arrived at Unit
WASHINGTON, DC 20018

June 25, 2020, 3:57 am
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

June 25, 2020, 12:57 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

June 25, 2020, 12:32 am
Departed USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER ANNEX

June 24, 2020, 8:58 pm
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER ANNEX

June 24, 2020, 11:03 am
USPS in possession of item
WASHINGTON, DC 20016



Feedback

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**