IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHINATOWN SERVICE CENTER, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HEALTH ) <br> AND HUMAN SERVICES, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 1:21-cv-00331-JEB |

## UPDATE ON STATUS OF PROPOSED RULEMAKING

Pursuant to this Court's Memorandum Opinion and Order, ECF No. 23, Defendants submit this update on their proposed rulemaking. A Final Rule implementing Section 1557 of the Affordable Care Act was made available for public inspection on April 26, 2024, and was published in the Federal Register on May 6, 2024. *Nondiscrimination in Health Programs and Activities*, 89 Fed. Reg. 37,522 (May 6, 2024).

Dated: May 31, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendants*