## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

————————————————————————

|  |  |
|---|---|
| CHINATOWN SERVICE CENTER, *et al*., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | )   Case No. 1:21-cv-00331-JEB |
|  | ) |
| U.S. DEPARTMENT OF HEALTH | ) |
| AND HUMAN SERVICES, *et al*., | ) |
|  | ) |
| Defendants. | ) |

————————————————————————

## NOTICE OF VOLUNATRY DISMISSAL

On April 29, 2024, Defendant United States Department of Health and Human Services notified the Court that the Department issued the final rule regarding Section 1557 of the Affordable Care Act. (D.E. # 40). Because the final rule resolves the issues raised in Plaintiffs' Complaint (D.E. # 1) concerning notice of rights under the Act and language assistance, Plaintiffs hereby voluntarily dismiss this action under Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 3, 2024

Respectfully submitted,

/s/*Carol A. Wong*

DENNY CHAN*
(CA Bar No. 290016)
*dchan@justiceinaging.org*
JUSTICE IN AGING
3660 Wilshire Boulevard, Suite 718
Los Angeles, CA 90010
Phone: (213) 375-3559
Fax: (213) 550-0501
REGAN BAILEY
(D.C. Bar No. 465677)
*rbailey@justiceinaging.org*
CAROL A. WONG
(D.C. Bar No. 1035086)
*cwong@justiceinaging.org*
JUSTICE IN AGING
1444 Eye Street NW Suite 1100
Washington, D.C. 20005
Phone: (202) 289-6976

ALICE BERS (CT Bar No. 442203)
WEY-WEY KWOK* (NY Bar No. 4004974)
CENTER FOR MEDICARE ADVOCACY
P.O. Box 350
Willimantic, CT 06226
Phone: (860) 456-7790
Fax: (860) 456-2614
abers@medicareadvocacy.org
wkwok@medicareadvocacy.org

HARVEY L. REITER
(D.C. Bar No. 232942)
*harvey.reiter@stinson.com*
MICHAEL TUCCI
(SBN DC 430470)
*michael.tucci@stinson.com*
M. ROY GOLDBERG
(D.C. Bar No. 416953)
*roy.goldberg@stinson.com*
STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
(202) 785-9100

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2024, a copy of the foregoing Notice of Voluntary Dismissal

was filed. Notice of this filing will be sent by email to all parties by operation of the Court's

electronic filing system. Parties may access this filing through the Court's CM/ECF System.

DATE: June 3, 2024                                         /s/*Carol A. Wong*